IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO ANDRE ELY, | |
| Plaintiff, | Case No.: 1:22-cv-06645 |
| v. | Judge Mary M. Rowland |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Susan E. Cox |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 49 | VIPgod |
| 73 | 64HYDRO |
| 53 | Aligament |
| 56 | SineMine |
| 8 | WANHU Co.,Ltd |
| 43 | Meikosks |
| 74 | RKSTN Fashion |
| 40 | life loveyou |
| 52 | CHENWANRU |
| 61 | hengKExike 😎 7-15 days Fast Delivery😎 |
| 16 | Rn xiaoerduo 7-15 Days Delivery |
| 57 | 🔥 Discount Promotion ☛ lcziwo |
| 58 | HAI-H |
| 55 | JUEBO Fashion |
| 3 | zuiziwan |

| | |
|---|---|
| 44 | Easymodel |
| 45 | SHUSAMHA (7-14 Days) |
| 42 | L-Peng |
| 67 | oil-LIKIO-US（✈7-14 days delivery） |
| 41 | chaocaish |

DATED:  January 6, 2023

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312- 971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 6, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                      */s/ Keith A. Vogt*
                                      Keith A. Vogt